IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA FINK,

          Plaintiff,

v.

                                                        Case No. 20-cv-838-jdp

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Tina Fink affirming the Commissioner's decision and dismissing this case.

s/ K. Frederickson, Deputy Clerk            8/19/2021
Peter Oppeneer, Clerk of Court             Date